OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CERTIFIED MAIL

7006 0810 0001 9701 4637

$ 05.21⁰  APR 01 2008
MAILED FROM ZIP CODE 94102

Douglas Winston Le
Law Office of Douglas Le, PC
4442 Geary Blvd.
San Francisco, CA 94118-3006

FINAL NOTICE APR 28
DATE _____

NL 04/05

NIXIE    941    CE    1    30 05/05/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 94102365199    *1740-02561-01-41

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Douglas Winthrop
    Law Office of Douglas Le
    4444 Geary Blvd.
    San Francisco, Ca
    94118-3006

    08-80062 MISC VRW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0001 9709 4617

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C 08 80062 MISC VRW

ORDER TO SHOW CAUSE

Douglas Winston Le - #209117

_____/

It appearing that Douglas Winston Le has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective December 27, 2007,

**IT IS SO ORDERED**

That respondent show cause in writing on or before April 22, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Douglas Winston Le
Law Office of Douglas Le, PC
4442 Geary Blvd.
San Francisco, CA 94118-3006